| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.,<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com<br><br>☒ *Attorney for Respondent*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 21 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>PETA ELIZABETH GORSHEL<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-BK-12716-NB<br>CHAPTER: 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE:  9/18/2018<br>TIME:   1:00 P.M.<br>COURTROOM: 1545<br>PLACE:  255 E. Temple St., Los Angeles, CA 90012 |
|---|---|

**Movant:** U.S. BANK NATIONAL ASOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2004-2

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:
   960 North Tigertail Road, Los Angeles, CA 90049

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a.  ☒  Based upon the findings of fact and conclusions of law made on the record at the hearing <u>and for the reasons stated in the debtor's response (dkt. 48) and based on the representations in the debtor's status report (dkt. 60)</u>.

   b.  ☐ Unexcused non-appearance by Movant

   c.  ☐ Lack of proper service

   d.  ☐ Lack of good cause shown for relief from stay

   e.  ☐ No stay is in effect under:

      (1) ☐ 11 U.S.C. § 362(c)(2)(A)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 1    **F 4001-1.RFS.DENY.ORDER**

      (2) ☐ 11 U.S.C. § 362(c)(2)(B)

      (3) ☐ 11 U.S.C. § 362(c)(3)(A)

      (4) ☐ 11 U.S.C. § 362(c)(4)(A)

  f.  ☐ Other *(specify)*:

4.  ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: September 21, 2018

*[signature: Neil W. Bason]*

Neil W. Bason
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*  Page 2  F 4001-1.RFS.DENY.ORDER